**SO ORDERED.**

**SIGNED this 02nd day of April, 2012.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In Re:<br>JENNIFER LEIGH EGGLESTON | Chapter 13 |
| Debtor(s) | Case No. 09-54604 C |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF
HSBC BANK NEVADA, NA
Court Claim Number: 9**

On this day, came onto be considered the Trustee's Objection Claim of **HSBC BANK NEVADA, NA** and no response having been filed, the Court finds notice was proper and the Objection is sustained.

**IT IS THEREFORE ORDERED**, that the Trustee's Objection to the Claim of **HSBC BANK NEVADA, NA** in the amount of **$320.61**, filed on **March 11, 2010**, is granted.

FURTHER, the Court finds that the creditor has not complied with Bankruptcy Rule 3001(c). Therefore, the claim in the amount of $320.61 is DISALLOWED and will be discharged upon completion of the plan.

Creditor Name & Address:
HSBC BANK NEVADA, NA
BASS & ASSOCIATES
3936 E FT LOWELL #200
TUCSON,AZ 85712

###